# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,               :

      Plaintiff,                          :  Case No. 1:06-cr-73

- vs -                                  :  District Judge Susan J. Dlott
                                                                                      Magistrate Judge Michael R. Merz

MICHAEL JONES,                          :

      Defendant.                          :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (ECF No. 75), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that the Petition for Writ of Error Coram Nobis (ECF No. 74) be dismissed without prejudice. In addition, the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

May _10_, 2018.

                                                                           *Susan J. Dlott*
                                                                           Susan J. Dlott
                                                                     United States District Judge